UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN RE KOENIG,

    Plaintiff,

Case No. 21-cv-08522-PJH

**ORDER OF DISMISSAL**

Re: Dkt. No. 1

    Plaintiff, a Missouri state prisoner proceeding pro se, filed a civil action. Plaintiff has now filed a notice stating that he did not seek to open a new case and seeks to voluntarily dismiss this action. Docket No. 5. Plaintiff's motion (Docket No. 1) is **DENIED** and this case is therefore **DISMISSED** without prejudice pursuant to Fed. R. Civ. P. 41(a). No fee is due. To the extent plaintiff seeks to file a motion in *Scholl v. Mnuchin*, 494 F. Supp. 3d 661 (N.D. Cal. 2020), any such request is denied. That case is closed. If plaintiff seeks relief regarding his economic impact payment, he must file a case in the appropriate district in Missouri.

    **IT IS SO ORDERED.**

Dated: December 8, 2021

                                                           */s/ Phyllis J. Hamilton*
                                                          PHYLLIS J. HAMILTON
                                                          United States District Judge